```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                         Case No. 20-01200-HWV
Michael V. Allison                                             Chapter 13
         Debtor
                           **CERTIFICATE OF NOTICE**

District/off: 0314-1          User: AutoDocke          Page 1 of 1          Date Rcvd: Jul 08, 2020
                              Form ID: pdf010          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 10, 2020.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
              E-mail/Text: jennifer.chacon@spservicing.com Jul 08 2020 19:38:05
                Select Portfolio Servicing, Inc.,    Attn: John Shelley,    Remittance Processing,
                PO Box 65450,    Salt Lake City, UT 84165-0450
                                                                                              TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 10, 2020                                 Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 8, 2020 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              Elizabeth Haley Rohrbaugh    on behalf of Debtor 1 Michael V. Allison hrohrbaugh@cgalaw.com,
               kbrayboy@cgalaw.com,rminello@cgalaw.com,tlocondro@cgalaw.com,jrosenau@cgalaw.com
              James Warmbrodt    on behalf of Creditor    U.S. Bank, National Association, as Trustee for BEAR
               STEARNS MORTGAGE FUNDING TRUST 2006-SL6 MORTGAGE-BACKED CERTIFICATES, SERIES 2006-SL6
               bkgroup@kmllawgroup.com
              Thomas Song    on behalf of Creditor    U.S. Bank National Association, et.al. pamb@fedphe.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 5

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

Michael V. Allison

Debtor 1

| | |
|---|---|
| Chapter: | 13 |
| Case No.: | 1:20-bk-01200-HWV |
| Document No.: | 18 |
| Nature of Proceeding: | Transfer of Claim |

### NOTICE TO FILING PARTY

Notice is hereby given that:

The loan number referenced in docket #18 references the loan on claim 10 on the claims register not the loan listed on claim 9. Please review the noted discrepancy for accuracy. If the information you provided is not accurate, please refile or amend your document. Failure to do so may result in a delay in processing this matter.

DATE: July 8, 2020

Clerk, U.S. Bankruptcy Court
228 Walnut Street
Harrisburg, PA 17101-1737

NTFP – Revised 04/18

NTFP – Revised 04/18