```
                          United States Bankruptcy Court
                           Middle District of Pennsylvania
```

In re:                                                              Case No. 20-01200-HWV
Michael V. Allison                                                  Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0314-1     User: AutoDocke     Page 1 of 1     Date Rcvd: Jul 08, 2020
                            Form ID: trc        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 10, 2020.
5342169        +U.S. Bank, National Association, as Trustee for B,    Serviced by Select Portfolio Servicing,,            PO Box 65250,    Salt Lake City, UT 84165-0250,    U.S. Bank, National Association, as Trus,            Serviced by Select Portfolio Servicing,

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                 TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 10, 2020                                        Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 8, 2020 at the address(es) listed below:
         Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
         Elizabeth Haley Rohrbaugh    on behalf of Debtor 1 Michael V. Allison hrohrbaugh@cgalaw.com,
          kbrayboy@cgalaw.com,rminello@cgalaw.com,tlocondro@cgalaw.com,jrosenau@cgalaw.com
         James    Warmbrodt    on behalf of Creditor    U.S. Bank, National Association, as Trustee for BEAR
          STEARNS MORTGAGE FUNDING TRUST 2006-SL6 MORTGAGE-BACKED CERTIFICATES, SERIES 2006-SL6
          bkgroup@kmllawgroup.com
         Thomas    Song    on behalf of Creditor    U.S. Bank National Association, et.al. pamb@fedphe.com
         United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                                                TOTAL: 5

Case 1:20-bk-01200-HWV    Doc 23    Filed 07/10/20    Entered 07/11/20 00:32:09    Desc
Imaged Certificate of Notice    Page 1 of 2

2100 B (12/15)

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 1:20-bk-01200-HWV
Chapter 13

In re: Debtor(s) (including Name and Address)

Michael V. Allison
3593 Armory Lane
York PA 17408

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 07/08/2020.

Name and Address of Alleged Transferor(s):

Claim No. 9: U.S. Bank, National Association, as Trustee for B, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165, U.S. Bank, National Association, as Trus, Serviced by Select Portfolio Servicing,

Name and Address of Transferee:

U.S. Bank National Association, on behalf of the
Serviced by Select Portfolio Servicing,
PO Box 65250
Salt Lake City, UT 84165
U.S. Bank National Association, on behal
Serviced by Select Portfolio Servicing,

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 07/10/20

Terrence S. Miller
**CLERK OF THE COURT**