# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Michael V. Allison,
**Debtor 1**

Chapter 13

Case No.  1:20–bk–01200–HWV

## Order Confirming Amended Chapter 13 Plan

The Amended Chapter 13 Plan was filed on November 17, 2020. The Amended Plan, or summary of the Amended Plan, was transmitted to creditors pursuant to Bankruptcy Rule 3015. The Court finds that the Amended Plan meets the requirements of 11 U.S.C §1325.

**IT IS HEREBY ORDERED THAT:**

The Amended Chapter 13 Plan is confirmed.

Dated: January 14, 2021

By the Court,

*[signature]*

Honorable Henry W. Van Eck
Chief Bankruptcy Judge
By: MichaelMcHugh, Deputy Clerk

orcnfpln(05/18)

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Michael V. Allison | CASE NO: 1:20-bk-01200-HWV |
| | **DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 13 |

On 1/25/2021, I did cause a copy of the following documents, described below,

Order Confirming Amended Plan

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 1/25/2021

/s/ E. Haley Rohrbaugh, Esquire
E. Haley Rohrbaugh, Esquire  323803
CGA Law Firm
135 N. George Street
York, PA  17401
717 848 4900

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: Michael V. Allison

CASE NO: 1:20-bk-01200-HWV

**CERTIFICATE OF SERVICE
DECLARATION OF MAILING**

Chapter: 13

On 1/25/2021, a copy of the following documents, described below,

Order Confirming Amended Plan

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 1/25/2021

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
E. Haley Rohrbaugh, Esquire
CGA Law Firm
135 N. George Street
York, PA 17401

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

CASE INFO

```
 LABEL MATRIX FOR LOCAL NOTICING      APOTHAKER SCIAN PC                   BANK OF AMERICA
03141                                 520 FELLOWSHIP RD C306               4909 SAVARESE CIRCLE
CASE 1-20-BK-01200-HWV                PO BOX 5496                          FL1-908-01-50
MIDDLE DISTRICT OF PENNSYLVANIA       MOUNT LAUREL NJ 08054-5496           TAMPA FL 33634-2413
HARRISBURG
MON NOV 16 13-48-50 EST 2020


CAVALRY PORTFOLIO SERVICES            JPMORGAN CHASE BANK N A              CAPITAL ONE NA
ATTN BANKRUPTCY DEPARTMENT            BANKRUPTCY MAIL INTAKE TEAM          CO BECKET AND LEE LLP
500 SUMMIT LAKE STE 400               700 KANSAS LANE FLOOR 01             PO BOX 3001
VALHALLA NY 10595-2322                MONROE LA 71203-4774                 MALVERN PA 19355-0701


DISCOVER FINANCIAL SERVICES LLC       DRAYER PHYSICAL THERAPY INSTITUTE    INTERNAL REVENUE SERVICE
PO BOX 3025                           1805 LOUCKS RD SUITE 200             CENTRALIZED INSOLVENCY OPERATION
NEW ALBANY OH 43054-3025              YORK PA 17408-7903                   PO BOX 7346
                                                                           PHILADELPHIA PA 19101-7346


KOHLSCAPITAL ONE                      LVNV FUNDINGRESURGENT CAPITAL        MARCUS BY GOLDMAN SACHS
ATTN CREDIT ADMINISTRATOR             ATTN BANKRUPTCY                      PO BOX 45400
PO BOX 3043                           PO BOX 10497                         SALT LAKE CITY UT 84145-0400
MILWAUKEE WI 53201-3043               GREENVILLE SC 29603-0497


MEMBERS 1ST FCU                       OSS HEALTH                           PENNSYLVANIA DEPARTMENT OF REVENUE
ATTN BANKRUPTCY                       1861 POWDER MILL ROAD                BANKRUPTCY DIVISION
PO BOX 40                             YORK PA 17402-4723                   PO BOX 280946
MECHANICSBURG PA 17055-0040                                                HARRISBURG PA 17128-0946


PORTFOLIO RECOVERY ASSOCIATES LLC     SYNCHRONY BANKAMAZON                 SYNCHRONY BANK
PO BOX 41067                          ATTN BANKRUPTCY                      CO PRA RECEIVABLES MANAGEMENT LLC
NORFOLK VA 23541-1067                 PO BOX 965060                        PO BOX 41021
                                      ORLANDO FL 32896-5060                NORFOLK VA 23541-1021


US BANK NATIONAL ASSOCIATION ET AL    WELLSPAN HEALTH                      YORK ADAMS TAX BUREAU
CO SELECT PORTFOLIO SERVICING INC     PO BOX 742641                        PO BOX 15627
PO BOX 65250                          CINCINNATI OH 45274-2641             YORK PA 17405-0156
SALT LAKE CITY UT 84165-0250
```