Certificate Number: 13858-PAM-DE-039775435

Bankruptcy Case Number: 20-01200


13858-PAM-DE-039775435

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 17, 2025, at 2:12 o'clock AM EDT, Michael V. Allison completed a course on personal financial management given by internet by MoneySharp Credit Counseling Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: June 17, 2025    By: /s/Wendel Ruegsegger

Name: Wendel Ruegsegger

Title: Counselor