United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Michael V. Allison  
    Debtor

Case No. 20-01200-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 3  
Date Rcvd: Jun 18, 2025      Form ID: 3180W      Total Noticed: 35

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 20, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Michael V. Allison, 3593 Armory Lane, York, PA 17408-8801 |
| 5318008 | + | DRAYER PHYSICAL THERAPY INSTITUTE, 1805 LOUCKS RD SUITE 200, YORK, PA 17408-7903 |
| 5318014 |   | OSS HEALTH, 1861 POWDER MILL ROAD, YORK, PA 17402-4723 |
| 5317998 | + | SECRETARY OF TREASURY, 15TH & PENN AVENUE NW, WASHINGTON, DC 20220-0001 |
| 5342170 | + | U.S. Bank National Association, on behalf of the, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 5342171 |   | U.S. Bank National Association, on behalf of the, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165, U.S. Bank National Association, on behal Serviced by Select Portfolio Servicing, |
| 5342168 | + | U.S. Bank, National Association, as Trustee for B, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 5342169 | + | U.S. Bank, National Association, as Trustee for B, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250, U.S. Bank, National Association, as Trus Serviced by Select Portfolio Servicing, |
| 5318018 |   | WELLSPAN HEALTH, P.O. BOX 742641, CINCINNATI, OH 45274-2641 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: PRA.COM | Jun 18 2025 22:41:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jun 18 2025 18:39:00 | SELECT PORTFOLIO SERVICING, INC., PO Box 65250, Salt Lake City, UT 84165-0250 |
| cr | + | Email/Text: RASEBN@raslg.com | Jun 18 2025 18:39:00 | U.S. Bank National Association.,, Robertson, Anschutz, Schneid, Crane, 13010 Morris Rd.,, Suite 450, Alpharetta, GA 30004-2001 |
| 5318002 | ^ | MEBN | Jun 18 2025 18:35:55 | APOTHAKER SCIAN P.C., 520 FELLOWSHIP RD C306, P.O. BOX 5496, MOUNT LAUREL, NJ 08054-5496 |
| 5318003 | + | EDI: BANKAMER | Jun 18 2025 22:41:00 | BANK OF AMERICA, 4909 SAVARESE CIRCLE, FL1-908-01-50, TAMPA, FL 33634-2413 |
| 5318004 | + | Email/Text: bankruptcy@cavps.com | Jun 18 2025 18:39:00 | CAVALRY PORTFOLIO SERVICES, ATTN: BANKRUPTCY DEPARTMENT, 500 SUMMIT LAKE STE 400, VALHALLA, NY 10595-2321 |
| 5318005 | + | EDI: JPMORGANCHASE | Jun 18 2025 22:41:00 | CHASE CARD SERVICES, ATTN: BANKRUPTCY, PO BOX 15298, WILMINGTON, DE 19850-5298 |
| 5318006 | + | EDI: JPMORGANCHASE | Jun 18 2025 22:41:00 | CHASE MORTGAGE, MAIL CODE: OH4-7302, PO BOX 24696, COLUMBUS, OH 43224-0696 |
| 5325862 |   | Email/PDF: bncnotices@becket-lee.com | Jun 18 2025 18:43:55 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5320001 | + | Email/Text: bankruptcy@cavps.com | Jun 18 2025 18:39:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 5318007 |   | EDI: DISCOVER | | |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| 5319802 | | EDI: DISCOVER | Jun 18 2025 22:41:00 | DISCOVER FINANCIAL, ATTN: BANKRUPTCY DEPARTMENT, PO BOX 15316, WILMINGTON, DE 19850 |
| 5317997 | + | Email/Text: hrohrbaugh@cgalaw.com | Jun 18 2025 22:41:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| | | | Jun 18 2025 18:39:00 | E. HALEY ROHRBAUGH, CGA LAW FIRM, 135 NORTH GEORGE STREET, YORK, PA 17401-1132 |
| 5318000 | | EDI: IRS.COM | Jun 18 2025 22:41:00 | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATION, P.O. BOX 7346, PHILADELPHIA, PA 19101-7346 |
| 5318010 | + | EDI: CAPITALONE.COM | Jun 18 2025 22:41:00 | KOHLS/CAPITAL ONE, ATTN: CREDIT ADMINISTRATOR, PO BOX 3043, MILWAUKEE, WI 53201-3043 |
| 5318011 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jun 18 2025 18:43:38 | LVNV FUNDING/RESURGENT CAPITAL, ATTN: BANKRUPTCY, PO BOX 10497, GREENVILLE, SC 29603-0497 |
| 5323362 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 18 2025 18:43:29 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5318012 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Jun 18 2025 18:39:00 | MARCUS BY GOLDMAN SACHS, PO BOX 45400, SALT LAKE CITY, UT 84145-0400 |
| 5318013 | + | Email/Text: unger@members1st.org | Jun 18 2025 18:39:00 | MEMBERS 1ST FCU, ATTN: BANKRUPTCY, PO BOX 40, MECHANICSBURG, PA 17055-0040 |
| 5317999 | + | EDI: PENNDEPTREV | Jun 18 2025 22:41:00 | PA DEPARTMENT OF REVENUE, PO BOX 281061, HARRISBURG, PA 17128-1061 |
| 5326325 | | EDI: PRA.COM | Jun 18 2025 22:41:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk, VA 23541 |
| 5318016 | + | EDI: SYNC | Jun 18 2025 22:41:00 | SYNCHRONY BANK/AMAZON, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 5318017 | + | EDI: SYNC | Jun 18 2025 22:41:00 | SYNCHRONY BANK/CARE CREDIT, ATTN: BANKRUPTCY DEPT, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 5318905 | ^ | MEBN | Jun 18 2025 18:35:57 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5334010 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jun 18 2025 18:39:00 | U.S. Bank National Association, et al., c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 5318001 | + | Email/Text: kcm@yatb.com | Jun 18 2025 18:39:00 | YORK ADAMS TAX BUREAU, PO BOX 15627, YORK, PA 17405-0156 |

TOTAL: 26

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5318009 | | INSTRUMENT |
| 5318015 | | STORAGE UNIT |
| 5317996 | *+ | MICHAEL V. ALLISON, 3593 ARMORY LANE, YORK, PA 17408-8801 |
| 5340899 | * | U.S. Bank, National Association, et al, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |

TOTAL: 2 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 20, 2025          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 18, 2025 at the address(es) listed below:

**Name** **Email Address**

Bradley J Osborne

on behalf of Creditor U.S. Bank National Association  on behalf of the registered Holders of Bear Stearns Asset Backed Securities I LLC, Asset-Backed Certificates, Series 2007-AC1 c/o Select Portfolio Servicing, Inc. bosborne@hoflawgroup.com, ckohn@hoflawgroup.com

Elizabeth Haley Rohrbaugh

on behalf of Debtor 1 Michael V. Allison hrohrbaugh@cgalaw.com kbrayboy@cgalaw.com,rminello@cgalaw.com,ephillips@cgalaw.com,rshearer@cgalaw.com,jhall@cgalaw.com

Jack N Zaharopoulos

ecf_pahu_alt@trustee13.com

James Warmbrodt

on behalf of Creditor U.S. Bank  National Association, as Trustee for BEAR STEARNS MORTGAGE FUNDING TRUST 2006-SL6 MORTGAGE-BACKED CERTIFICATES, SERIES 2006-SL6 bkgroup@kmllawgroup.com

Karina Velter

on behalf of Creditor U.S. Bank National Association  on behalf of the registered Holders of Bear Stearns Asset Backed Securities I LLC, Asset-Backed Certificates, Series 2007-AC1 c/o Select Portfolio Servicing, Inc. karina.velter@powerskirn.com, brausch@pincuslaw.com

Sarah K. McCaffery

on behalf of Creditor U.S. Bank National Association  on behalf of the registered Holders of Bear Stearns Asset Backed Securities I LLC, Asset-Backed Certificates, Series 2007-AC1 c/o Select Portfolio Servicing, Inc. smccaffery@friedmanvartolo.com, ckohn@hoflawgroup.com

Sherri R Dicks

on behalf of Creditor U.S. Bank National Association  on behalf of the registered Holders of Bear Stearns Asset Backed Securities I LLC, Asset-Backed Certificates, Series 2007-AC1 c/o Select Portfolio Servicing, Inc. sdicks@raslg.com

Thomas Song

on behalf of Creditor U.S. Bank National Association  et.al. tomysong0@gmail.com

United States Trustee

ustpregion03.ha.ecf@usdoj.gov

TOTAL: 9

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Michael V. Allison<br>First Name    Middle Name    Last Name | Social Security number or ITIN   xxx–xx–4939<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN   ____<br>EIN   __–_____ |
| United States Bankruptcy Court   Middle District of Pennsylvania | | |
| Case number:   1:20–bk–01200–HWV | | |

# Order of Discharge 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

   Michael V. Allison

6/18/25

**By the court:**  *Henry W. Van Eck* (signature)

Henry W. Van Eck, Chief Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Form 3180W  **Chapter 13 Discharge**  page 2